IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN M. CONNELLY,

     Plaintiff,                     No. 2:12-cv-0195 WBS CKD P

     vs.

SCOTT HEATLEY, et al.,

     Defendants.              ORDER

_____/

     Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: April 2, 2013

                                              _____
                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

2/kly
conn0195.59